IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re  BELMONT HOMES, INC.                )   Nos. 07 B 18953
                                          )   Chapter 7 (converted from 11)
                                          )   Hon. Susan P. Sonderby
       Debtor.                            )   Hearing Date: 1/22/08 @ 10:00 am

## NOTICE OF MOTION

TO: All creditors on the Attached Service List

**PLEASE TAKE NOTICE** that on January 22, 2008 at 10:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Susan P. Sonderby or any judge sitting instead in Courtroom 642 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Extend Deadline to File a Final Report and Continue the Status Hearing.

_____/s/ Gary N. Foley_____
Gary N. Foley (06237076)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by 735 5/1-109 of the Illinois Code of Civil Procedure, that the above-noted motion was placed in the U.S. Mail properly addressed and mailed with first class postage prepaid, before the hour of 5:00 p.m. on January 2, 2008.

_____/s/ Gary N. Foley_____
Gary N. Foley (06237076)

SHAW & FOLEY, LLC
33 North County Street
Suite 302
Waukegan, Illinois 60085
(847) 244-4696

```
Label Matrix for local noticing          Bank Of Lincolnwood                      Belmont Homes, Incorporated
0752-1                                   4433 W. Touhy Ave.                       226 Green Bay Road
Case 07-18953                            Lincolnwood, Il 60712-1878               Highwood, IL 60040-1703
Northern District of Illinois
Chicago
Wed Jan  2 13:51:11 CST 2008

First Bank Of Highland Park              Morgante Wilson Architects Ltd.          U.S. Bankruptcy Court
1835 First Street                        c/o B. Lane Hasler P.C.                  Eastern Division
Highland Park, IL 60035-3120             1530 South State Street                  219 S Dearborn
                                         Suite 17A                                7th Floor
                                         Chicago, IL 60605-2977                   Chicago, IL 60604-1702

Bank of Lincolnwood                      Bank of Lincolnwood                      Bilmont Plumbing
4433 West Touhy Avenue                   c/o Burke Warren MacKay & Serrit         c/o Ronald O Roeser
Lincolnwood, IL 60712-1878               330 N Wabash Ave 22nd floor              920 Davis Rd Ste 100
                                         Chicago IL 60611-3586                    Elgin IL 60123-1344

Bono Consulting, Inc.                    Breezy Hill Nursery                      Burke, Warren, MacKay, & Serritella
3166 S. River Road                       753 288th Ave                            330 N. Wabash, 22nd Floor
Suite 12                                 Salem WI 53168                           Chicago, IL 60611-3586
Des Plaines, IL 60018-4264

CH-J Painting                            City Suburban Title Services Comp.       Crowley, Barrett & Karaba, Ltd.
7012 Dobson                              2340 S. River Road                       20 S. Clark Street
St Charles IL 60174                      Des Plaines, IL 60018-3212               Suite 2310
                                                                                  Chicago, IL 60603-1806

DDS Real Estate, LLC                     David Gilfan                             DeFrenza Mosconi Matyjewicz PC
c/o Gordon Gault                         707 Lake Cook Road                       707 Skokie Blvd
318 W Adams St                           Deerfield, IL 60015-5613                 Northbrook IL 60062-2857
Chicago IL 60606-5111

(p)INTERNAL REVENUE SERVICE              First Bank and Trust of IL               First Bank and Trust of Illinois
CENTRALIZED INSOLVENCY OPERATIONS        c/o Crowley Barrett & Karaba Ltd         300 East Northwest Highway
PO BOX 21126                             20 S Clark St Ste 2310                   Palatine, IL 60067-8117
PHILADELPHIA PA 19114-0326               Chicago IL 60603-1806

First Bank of Highland Park              Hughes Enterprises                       IRS
c/o McFadden & Dillon PC                 c/o Rock Fusco LLC                       Attn Stop 5010 CHI
120 S LaSalle St Ste 1335                321 N Clark St Ste 2200                  230 S Dearborn St
Chicago IL 60603-3581                    Chicago IL 60610-7945                    Chicago IL 60604-1688

Illinois Department of Revenue           Illinois Dept of Revenue                 Italgranite Inc
Bankruptcy Section Level 7 - 425         Willard Ice Bldg                         c/o Daniel R Asaani
100 W Randolph Street                    101 W Jefferson St                       1411 W Peterson Ave Ste 202
Chicago IL 60601-3218                    Springfield IL 62702-5145                Park Ridge IL 60068-5076

James J. Athanas                         Joel Manning                             John Belmont
C/O Drake James Leoris, Jr.              175 Olde Half Day Road                   225 Green Bay Rd
622 Laurel Avenue                        Lincolnshire, IL 60069-3061              Highwood Il 60040
Highland Park, IL 60035-3502
```

```
Lincolnshire Associates II            Marie Elliott                         Mary Lynn Belmont
Investor David Colburn                Edmund McGlynn                        371 Ravine Park Drive
555 Skokie Blvd Ste 555               Lesser, Lutrey & McGlynn              Lake Forest, IL 60045-1367
Northbrok IL 60062-2854               582 N Oakwood
                                      Lake Forest, IL 60045-1974


McFadden & Dillon, P.C.               S. Barry Lipin                        Scott Ward Underground Contractors
120 S. LaSalle Street                 C/O Michael Betar                     43360 N. US Highway 41
Suite 1335                            25 North County Street                Zion, IL 60099-9425
Chicago, IL 60603-3581                Waukegan, IL 60085-4342


Gary N Foley                          John E Gierum                         William T Neary
Shaw & Foley LLC                      John E Gierum                         Office of the U.S. Trustee, Region 11
33 N County St Ste 302                Gierum & Mantas                       227 W. Monroe Street
Waukegan, IL 60085-4322               9700 Higgins Road                     Suite 3350
                                      Suite 1015                            Chicago, IL 60606-5025
                                      Rosemont, IL 60018-4712
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Treasury                (d)Department of the Treasury-Internal Revenu
Internal Revenue Service              Centralized Insolvency Operations
Centralized Insolvency Operation      PO Box 21126
PO Box 21126                          Philadelphia PA 19114
Philadelphia, Pa  19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)First Bank of Highland Park        (d)Morgante-Wilson Architects, Ltd.   End of Label Matrix
1835 First Street                     c/o B. Lane Hasler P.C.               Mailable recipients    38
Highland Park, IL 60035-3120          1530 South State Street               Bypassed recipients     2
                                      Suite 17A                             Total                  40
                                      Chicago, IL 60605-2977
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re  BELMONT HOMES, INC. | ) ) ) | Nos. 07 B 18953 Chapter 7 (converted from 11) Hon. Susan P.Sonderby |
| Debtor. | ) | Hearing Date: 1/22/08 @ 10:00 am |

### MOTION TO EXTEND DEADLINE TO FILE A FINAL REPORT AND CONTINUE THE STATUS HEARING

**NOW COMES** Belmont Homes, Inc. ("Debtor") by and through its attorney, SHAW & FOLEY, LLC, and respectfully represents as follows:

1. The above named Debtor filed a voluntary petition seeking relief pursuant to Chapter 11 of the Bankruptcy Code on October 15, 2007.

2. This case was converted to one under Chapter 7 on November 27, 2007.

3. The Order Converting Case, entered on November 27, 2007, required the Debtor to file a final report and account by January 2, 2008.

4. Debtor has hired Joel Manning ("accountant"), a certified public accountant, to prepare all the records required to produce the final report.

5. The records required to be produced for the final report and account include the Debtor's 2006 income taxes, 2007 income taxes, profit and loss statement for January 1, 2007 through October 15, 2007 (the date of filing the Chapter 11 bankruptcy), profit and loss statement for October 15, 2007 through November 27, 2007, and a profit and loss statement for November 27, 2007 through the present.

6. The accountant is currently preparing the Debtor's 2006 income taxes, 2007 income taxes, and all required profit and loss statements.

7. Debtor has been unable to procure all bank statements for 2007, but is working on acquiring them.

8. This case is set for a status of compliance hearing on February 5, 2007 at 10:30 a.m.

9. The original 341 meeting has been continued to January 28, 2008.

WHEREFORE, BELMONT HOMES, INC., Debtor herein, prays for the entry of an Order extending the deadline to file a final report to February 28, 2008 and continue the status hearing to March 10, 2008 at 10:30.

Respectfully submitted,

__/s/___Gary N. Foley_____
Gary N. Foley (06237076)

SHAW & FOLEY, LLC
33 North County Street
Suite 302
Waukegan, Illinois 60085
(847) 244-4696